UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:22-cr-17

vs.

BRIAN HUNTER,                           District Judge Michael J. Newman
                                                                     Magistrate Judge Carolyn H. Gentry

    Defendant.

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 28)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Brian Hunter's guilty plea.  Doc. No. 28.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant Hunter's plea of guilty as charged in count 1 of the information, which charges him with knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowing possession a firearm in violation of 18 U. S.C. §§ 922(g)(l) and 924(a)(2).  *Id*.; *see* Doc. No. 17.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **November 8, 2022 at 11:00 AM**.

**IT IS SO ORDERED.**

    August 22, 2022                                                   s/*Michael J. Newman*
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge